**99–1818. State v. Underwood.**
Meigs App. No. 98CA11. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER, J., dissents.

**99–1918. State v. Lower.**
Franklin App. No. 98AP–1275. On motion for leave to file delayed appeal. Motion granted.
  RESNICK and F.E. SWEENEY, JJ., dissent.

**99–2006. State v. Hike.**
Franklin App. No. 97APA04–554. On motion for leave to file delayed appeal. Motion denied.

**99–2084. State v. Saddler.**
Cuyahoga App. No. 74218. On motion for stay of court of appeals' judgment. Motion granted.

## DISCRETIONARY APPEALS ALLOWED

**99–1658. In re Original Grand Jury Investigation of Helmick.**
Lucas App. No. L–98–1146.
  RESNICK, J., not participating.

**99–1668. State v. Jordan.**
Montgomery App. No. 17686.
  F.E. SWEENEY and PFEIFER, JJ., dissent.